## HITT v. STATE.

No. 18854.

Court of Criminal Appeals of Texas.
March 3, 1937.

Pete E. Turner, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The record is before us without statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged.

No error having been perceived or pointed out, the judgment is affirmed.